UNITED STATES BANKRUPTCY COURT
MIDDLE DISTIRCT OF FLORIDA
ORLANDO DIVISION

In re:

WILLIAM HOLLAND REYNOLDS            CASE NO.: 6:16-bk-00385-ABB
LINDA KAY REYNOLDS,

_____ Debtors./

## MOTION TO APPROVE TRIAL PERIOD AGREEMENT

COME NOW the Debtors, WILLIAM HOLLAND REYNOLDS and LINDA KAY REYNOLDS, by and through their undersigned attorney and files this Motion to Approve Trial Period Agreement with SETERUS, INC., and in support thereof would state as follows:

1. SETERUS, INC., reviewed the Debtors for a mortgage modification. through the Middle District of Florida's Mortgage Modification Mediation Program.

2. The Debtors have been approved for the program and the trial payments are $1,420.25 beginning October 1, 2016.

3. The Debtors are completing step one of two-step documentation process.

4. The payments should be sent to the following address:

   Seterus, Inc.
   Post Office Box 54420
   Los Angeles, CA  90054-0420

5. Payments made timely to the Chapter 13 Trustee constitute timely payments to Seterus, Inc..

6. Seterus, Inc. filed a Proof of Claim in this case. Claim 3.

WHEREFORE, Debtors request this Honorable Court for its Order Approving Modification on a trial period, and such other relief that may be deemed just and proper in the circumstances.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing has been provided by U.S. Mail, electronic mail, or facsimile transmission on this 2nd day of Feburary, 2016 to Laurie K. Weatherford, Chapter 13 Trustee, Post Office Box 3450, Winter Park, Florida 32950 and Seterus, Inc., c/o Robertson, Anschutz & Schneid, P.L., 6409 Congress Avenue, Suite 100, Boca Raton, Florida 33487.

/s/ ADAM G. RUSSO
Adam G. Russo, Esq.
Florida Bar No. 84633
Myers, Eichelberger & Russo, P.L.
5728 Major Blvd., Suite 735
Orlando, FL 32819
Telephone: 407-926-2455
Facsimile: 407-536-4977
Email: Adam@theMElawfirm.com